UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20:20-cv-14464-KAM

CHARLES CORNELIUS,

      Plaintiff,

v.

ROLLINS RANCHES, LLC, a foreign
limited liability company,

      Defendant.
_____/

**NOTICE OF FILING CIVIL COVER SHEET**

    Plaintiff, Charles Cornelius, by and through his undersigned attorney, files the attached Civil Cover Sheet, due to mis-filing.

DATED:   December 29, 2020.

                                    Respectfully submitted,

                                    BOBER & BOBER, P.A.
                                    Attorneys for Plaintiff
                                    2699 Stirling Road, Suite-A304
                                    Hollywood, FL 33312
                                    Telephone: (954) 922-2298
                                    Facsimile: (954) 922-5455
                                    Peter@boberlaw.com

                                    <u>s/. Peter Bober</u>
                                    PETER BOBER
                                    FBN:  0122955